DORON WEINBERG
(SBN 046131)
Law Offices of
WEINBERG & WILDER
523 Octavia Street
San Francisco, California 94102
Telephone (415) 431-3472

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00461-MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | EXCLUDING TIME UNDER |
| | ) | THE SPEEDY TRIAL ACT |
| ALLAN BRUCE YOUNG, | ) | |
| Defendant. | ) | |

STIPULATION

1. On August 8, 2005, the parties in the above-captioned case appeared before the Court for a trial setting. The parties agreed that under the Speedy Trial Act the first available trial date would be October 10, 2005. Defendant asked for an extension of the time to commence trial for two reasons: First, defense counsel is due to be out of his office from August 13 through August 28 for a previously scheduled family vacation. In addition, counsel is scheduled to travel to Ankara, Turkey for depositions in another matter pending in this Court, and is expected to be out of the country from September 25 to October 5, 2005. As a result of these two periods of absence, the defense requested an extension of the Speedy Trial Act deadline to permit trial to be scheduled for October 25, 2005.

2.    The government did not oppose the requested continuance under the circumstances.

3.    Counsel for both parties stipulate and agree that the exclusion of time from August 13 to August 28, 2005 and from September 25 to October 5, 2005 from the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) would be appropriate in order to allow for continuity of counsel as well as a reasonable amount of time for the defense to effectively prepare for motions, hearings and trial, taking into account the exercise of due diligence.

SO STIPULATED.

DATED: 8-10-05

DORON WEINBERG
Attorneys for Defendant Young

DATED: 8/11/05

MICHELLE MORGAN-KELLY
Assistant United States Attorney

STIPULATION AND ORDER
CR 05-00461-MHP

ORDER

The Court finds that there is good cause for the extension of time described above, and that the ends of justice served by granting this continuance outweigh the best interests of the public and of the defendant in a speedy trial and the prompt disposition of criminal cases. 18 U.S.C. § 3161(h)(8)(A). The Court further finds that failure to grant the continuance would deny defense counsel reasonable time necessary for effective preparation taking into account the exercise of due diligence and continuity of counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, and with the consent of the defendant, the Court excludes the time between August 13 and August 28, 2005 and between September 25 and October 5, 2005 from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: August 19, 2005

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER
CR 05-00461-MHP