FILED

SEP 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-4372
   Facsimile: (415) 552-2703
4  email: doronweinberg@aol.com

5  Attorneys for Defendant
   ALLAN BRUCE YOUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-05-0461-MHP |
| Plaintiff, | STIPULATION CONTINUING DATE FOR SUBMISSION OF PRETRIAL MOTIONS; [PROPOSED] ORDER |
| vs. | |
| ALLAN BRUCE YOUNG, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, Assistant United States Attorney Michelle Morgan-Kelly, for Plaintiff, United States of America, and defendant Allan Bruce Young, through counsel for defendant Doron Weinberg, that the time for submitting pretrial motions, if any, is extended from September 12, 2005 to September 14, 2005.

KEVIN V. RYAN
United States Attorney

Dated: 9/12/05         By: _____
                           MICHELLE MORGAN-KELLY
                           Assistant United States Attorney
                           ///

Stipulation Continuing Date For
Submission of Pretrial Motions; Order            1

WEINBERG & WILDER

Dated: September 12, 2005

By: _____
DORON WEINBERG
Attorney for Defendant
ALLAN BRUCE YOUNG

IT IS SO ORDERED:

Dated: 9/14/05

_____
HONORABLE MARILYN HALL PATEL
Judge, United States District Court

Stipulation Continuing Date For
Submission of Pretrial Motions; Order

2