DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone:  (415) 431-4372
Facsimile:   (415) 552-2703
email: doronweinberg@aol.com

Attorneys for Defendant
ALLAN BRUCE YOUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Case No.  CR-05-0461-MHP |
| Plaintiff, ) ) | **ORDER PERMTTING TRAVEL OUTSIDE DISTRICT** |
| vs. ) ) | |
| ALLAN BRUCE YOUNG, ) ) | |
| Defendant. ) _____ ) | |

Good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Allan Bruce Young, is permitted to leave the Southern District of Ohio, where he resides, on October 8, 2005, to travel to the Northern District of California for the purpose of attending a meeting with his counsel, and court in the above-referenced proceedings on October 11, 2005.  Defendant Young shall return to the Southern District of Ohio on October 12, 2005. While he is in the Bay Area,  he will be staying at the Comfort Inn located at 611 San Bruno Avenue, San Bruno, CA 94066, telephone (650) 589-4089.

Dated: 10/7/05

HONORABLE ~~BERMAN~~
United States ~~Magistrate~~

IT IS SO ORDERED
Judge James Larson

Stipulation Continuing Date For
Submission of Pretrial Motions; Order

1