FILED

OCT 1 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MICHELLE MORGAN-KELLY (DEBN 3651)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-6960
7  Fax: (415) 436-7234

8  Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,       )  Case No: CR 05 00461 MHP
                                     )
13 |        Plaintiff,                )  PARTIES' STIPULATION AND
                                     )  [PROPOSED] ORDER CONTINUING
14 |   v.                             )  TRIAL DATE, SETTING PRE-TRIAL
                                     )  CONFERENCE DATE, AND
15 | ALLAN YOUNG,                    )  EXCLUDING TIME UNDER THE
                                     )  SPEEDY TRIAL ACT
16 |        Defendant.                )
                                     )
17

18  The parties stipulate and agree, and the Court finds and holds, as follows:

19      1. Trial in this matter is currently scheduled for October 25, 2005.

20      2. This matter was scheduled for a motions hearing, or alternatively, a status conference to set

21  a pre-trial conference date, on October 11, 2005 at 9:00 a.m. Unbeknownst to the parties,

22  because no motions were filed, the matter was taken off calendar. No pre-trial conference date

23  has been set.

24      3. On October 11, 2005, at the parties' request, the matter was referred to Magistrate Judge

25  Larson for a settlement conference. Judge Larson is next available to meet with the parties on

26  October 25, 2005 at 2:00 p.m., which is the current trial date.

27      4. Government counsel and defense counsel will be unavailable for significant portions of

28  November as well as the first week of December, and will need adequate time to prepare. Both

                                          1

1  the parties and the Court are available for trial on December 13, 2005, and for a pretrial
2  conference on December 7, 2005.
3     5. The defendant does not object to the continuance of the trial date and the exclusion of
4  time under the Speedy Trial Act.
5     6. In light of the foregoing facts, the failure to grant the requested exclusion would
6  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of
8  justice would be served by the Court excluding the proposed time period. These ends outweigh
9  the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).
10    5. For the reasons stated:
11    (A)   The trial date is continued from October 25, 2005 until December 13, 2005 at
12           8:30 a.m.;
13    (B)   The pre-trial conference in this matter will occur on December 7, 2005 at
14           2:30 p.m.;
15    (C)   The deadline for pre-trial filings is November 30, 2005; and
16    (D)   The time period from October 25, 2005 until December 13, 2005 shall be
17           excluded from the calculation of time under the Speedy Trial Act.
18 SO STIPULATED.

19 DATED: 10/13/05

Respectfully Submitted,

20
21 /s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

22 DATED: 10/13/05

23 /s/
DORON WEINBERG
24 Counsel for Defendant Allan Young

25 PURSUANT TO STIPULATION, IT IS SO ORDERED.

26
27 DATED: Oct 14, 2005

HON. MARILYN HALL PATEL
28 United States District Court Judge

STIPULATION AND PROPOSED ORDER
CR 05-0461 MHP           2