1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone: (415) 431-4372
   Facsimile: (415) 552-2703
4  email: doronweinberg@aol.com

5  Attorneys for Defendant
   ALLAN BRUCE YOUNG

6
                  UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,    )   Case No. CR-05-0461-MHP
                                )   [Proposed]
10         Plaintiff,            )   ORDER MODIFYING CONDITIONS
                                )   OF PRETRIAL RELEASE
11         vs.                   )
                                )
12  ALLAN BRUCE YOUNG,           )
                                )
13         Defendant.            )
                                )
14
       Good cause appearing therefor,
15
       IT IS HEREBY ORDERED that the conditions of pretrial release previously set in this
16
   matter on or about August 8, 2005 are modified to remove the condition of electronic monitoring
17
   in connection with defendant's home detention. All other conditions of release, including 24-
18
   hour home detention remain as previously set.
19
20  Dated: 8/N 05                    _____
                                     HONORABLE BERNARD ZIMMERMAN
21                                   United States Magistrate Judge

   Approved as to form:
22

23
   Dated: 11/4/05                    _____
24                                   MICHELLE MORGAN-KELLY
                                     Assistant United States Attorney
25

26  [Proposed] Order Modifying Conditions
    of Pretrial Release