DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone:  (415) 431-4372
Facsimile:  (415) 552-2703
email: doronweinberg@aol.com

Attorneys for Defendant
ALLAN BRUCE YOUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CR-05-0461-MHP |
| | ) | |
| Plaintiff, | ) | (PROPOSED) |
| | ) | ORDER PERMITTING TRAVEL |
| vs. | ) | OUTSIDE DISTRICT |
| | ) | |
| ALLAN BRUCE YOUNG. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Allan Bruce Young, is permitted to leave the

Southern District of Ohio, where he resides, on Sunday, December 11, 2005, to travel to the

Northern District of California for the purpose of attending a meeting with his counsel, and his

court appearance in the above-referenced proceedings on December 13, 2005.  Defendant Young

shall return to the Southern District of Ohio on the evening of Tuesday, December 13, 2005. remain in this District until the trial is completed

While he is in the Bay Area,  he will be staying at the Comfort Inn located at 611 San Bruno

Avenue, San Bruno, CA 94066, telephone (650) 589-4089.

Dated:  12/1/2005

_____
HONORABLE MARILYN H. PATEL
Judge, United States District Court

Judge Marilyn H. Patel

(Proposed) Order Permitting Travel
Outside District

1