1  DORON WEINBERG (SBN 46131)
   WEINBERG & WILDER
2  523 Octavia Street
   San Francisco, CA 94102
3  Telephone:  (415) 431-4372
   Facsimile:  (415) 552-2703
4  email: doronweinberg@aol.com

5  Attorneys for Defendant
   ALLAN BRUCE YOUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-05-0461-MHP |
| ) | |
| Plaintiff, ) | **ORDER PERMTTING TRAVEL OUTSIDE DISTRICT** |
| ) | |
| vs. ) | |
| ) | |
| ALLAN BRUCE YOUNG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Good cause appearing therefor,

IT IS HEREBY ORDERED that defendant Allan Bruce Young, is permitted to leave the Southern District of Ohio, where he resides, on January 14, 2006, to travel to the Northern District of California for the purpose of meeting with his attorney and preparing for trial in his case, which is scheduled to commence on Tuesday, January 17, 2006.  Defendant shall remain in the Northern District until the completion of trial in this matter.

Dated: 12/19/2005                    _____
                                      HONORABLE MARILYN H. PATEL
                                      United States District Judge

Order Permitting Trial Outside District