KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVBN 0722)
Chief, Criminal Division

MICHELLE MORGAN-KELLY (DEBN 3651)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Fax: (415) 436-7234

Attorneys for Plaintiff

FILED
DEC 2 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 05 00461 MHP |
| Plaintiff, | PARTIES' STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE AND PRE-TRIAL CONFERENCE DATE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ALLAN YOUNG, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. Trial in this matter was previously scheduled for December 13, 2005, and the pretrial conference was scheduled for December 7, 2005.

   2. Defendant moved for a continuance of the trial, which was granted by the Court on December 5, 2005. In his motion, defendant's counsel indicated that additional time is required to prepare for trial due to a previous trial conflict. Accordingly, the Court scheduled the trial in this matter to begin on January 17, 2006 at 8:30 a.m. and the pretrial conference for January 3, 2006 at 3:00 p.m.

   3. The parties request that this same period be excluded under the Speedy Trial Act for effective preparation of counsel.

   4. In light of the foregoing facts, the failure to grant the requested exclusion would

1

1 | unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
2 | account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of
3 | justice would be served by the Court excluding the proposed time period. These ends outweigh
4 | the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. The government has requested a jury trial in this matter.

6. The parties agree and understand from discussions with the Court's clerk, Anthony Bowser, that the deadline for pretrial filings will be extended in light of the new pretrial conference date, so that filings will be accepted through December 27, 2005.

7. Defendant has requested that he not be present for the pretrial conference. The government has no objection to his absence.

8. For the reasons stated:

(A) The trial date is continued from December 13, 2005 until January 17, 2006 at 8:30 a.m.;

(B) The pre-trial conference in this matter will occur on January 3, 2006 at 3:00 p.m.;

(C) The deadline for pre-trial filings is extended until December 27, 2005; and

(D) The time period from December 13, 2005 until January 17, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

SO STIPULATED.

DATED: 12/19/05

Respectfully Submitted,

/s/
MICHELLE MORGAN-KELLY
Assistant United States Attorney

DATED: 12/19/05

/s/
DORON WEINBERG
Counsel for Defendant Allan Young

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/20/05

HON. MARILYN H. PATEL
United States District Court Judge

STIPULATION AND PROPOSED ORDER
CR 05-0461 MHP                           2