DORON WEINBERG (SBN 46131)
WEINBERG & WILDER
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-4372
Facsimile: (415) 552-2703
email: doronweinberg@aol.com

Attorneys for Defendant
ALLAN BRUCE YOUNG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-05-0461-MHP |
| | ) | |
| Plaintiff, | ) | **ORDER EXONERATING CASH BAIL** |
| | ) | |
| vs. | ) | |
| | ) | |
| ALLAN BRUCE YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing therefor,

IT IS HEREBY ORDERED that the cash bail in the amount of one hundred thousand dollars ($100,000) deposited with the Clerk of the Court to secure defendant's appearance in the above-captioned matter is exonerated. The Clerk of the Court is directed to return the full amount, with accrued interest if any, to the depositor, Weinberg & Wilder and Doron Weinberg, forthwith.

Dated: January 24, 2006          _____
                                 HON. MARILYN H. PATEL
                                 United States District Judge

*IT IS SO ORDERED*
*[signature] Judge Marilyn H. Patel*

Order Exonerating Cash Bail