AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

FILED
JAN 2 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__Northern__ DISTRICT OF __California__

UNITED STATES OF AMERICA

V.

ALLAN BRUCE YOUNG

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR 05-0461 MHP

The Defendant was found not guilty as to both counts as charged in the indictment. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Marilyn Hall Patel, United States District Judge
Name and Title of Judge

Jan 24, 2006
Date